No. 564. ATLANTIC COAST LUMBER CORPORATION, PLAINTIFF IN ERROR, *v.* O. G. MINSHEW. In error to the Supreme Court of the State of South Carolina. Motion to dismiss or affirm submitted October 19, 1914. Decided

October 26, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Consol. Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 599–600; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Ennis Water Works* v. *Ennis*, 233 U. S. 652, 658. *Mr. P. A. Willcox* for the plaintiff in error. *Mr. J. J. Darlington* for the defendant in error.